**In re Christopher SULLIVAN, Esq.**

[135 A.3d 272]

No. 15-217

¶ 1. November 24, 2015. The Court has received from the Professional Responsibility Board an Affidavit of Resignation filed by respondent Christopher Sullivan, as well as a supporting Statement of Additional Facts filed by disciplinary counsel, as required by A.O. 9, Rule 19.

¶ 2. Based on these filings, it is hereby ordered as follows:

(1) Respondent Christopher Sullivan is disbarred from the practice of law on consent. The date of disbarment shall be deemed to have commenced on June 12, 2015, the date that respondent was placed on interim suspension.

(2) Respondent shall comply with all of the provisions of A.O. 9, Rule 23.